# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**PAUL M. KROLNIK,**

    **Plaintiff,**

  v.                    Case No. 07-C-0064

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

    **Defendant.**

## ORDER

This Court, having reviewed the parties' stipulation to voluntarily dismiss plaintiff's second and third claims for relief:

IT IS ORDERED that plaintiff's second and third claims for relief are hereby dismissed with prejudice, without costs to either party.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 3rd day of April, 2007.

BY THE COURT

s/ Rudolph T. Randa
Hon. Rudolph T. Randa
Chief Judge