AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**PAUL M. KROLNIK,**

        Plaintiff,

    V.                 CASE NUMBER: **07-C-64**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendant The Prudential Insurance Company of America for summary is GRANTED on plaintiff's ERISA action.**

**The Prudential Insurance Company of America's motion for judgment on the pleadings on its cross-claim for breach of contract is GRANTED.**

**The summary judgment motion of plaintiff Paul M. Krolnik is DENIED.**

**This action is hereby DISMISSED.**

|   |   |
|---|---|
|    May 30, 2008 |   JON W. SANFILIPPO |
| Date | Clerk |
|   |   s/ Linda M. Zik |
|   |  (By) Deputy Clerk |